IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        ) | No.  CR 09-1381-001-PHX-JAT |
| Plaintiff,        ) | |
| vs.        ) | **ORDER** |
| Albert Chrzaszcz (01),        ) | |
| Defendant.        ) | |

The Court and reviewed and considered Defendant's pro se Motion to Terminate Supervised Release and Government's response thereto which includes U.S. Probation Officer David Lubinski's response.  Government and U.S. Probation having no objection to early termination of defendant's supervised release,

IT IS HEREBY ORDERED granting Defendant's pro se Motion to Terminate Supervised Release (Doc. 893).

As set forth in Government's response and response by U.S. Probation Officer David Lubkinski,  it appears that the defendant has met the statutory criteria for early termination as outlined in 18 U.S.C. § 3583(e) (1).  Defendant has been on supervised release for more than one year, has made progressive strides toward supervision objectives, has maintained

1   full-time employment and maintains a stable family life.  The defendant having complied
2   with the rules and regulations of supervised release and no longer in need of supervision,
3        IT IS ORDERED allowing defendant Albert Chrzaszcz (01) to be discharged from
4   supervision and that the proceedings in the case as to the above-named defendant be
5   terminated.
6        DATED this 1st day of October, 2014.

James A. Teilborg
Senior United States District Judge

cc: US Probation, US Marshal