IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | CR 09-1381-PHX-JAT |
| vs. | (all defendants) |
| | **O R D E R** |
| Albert Chrzasacz et al | |
| Defendants. | |

The undersigned having taken Senior Status and being unable to accommodate the scheduling related to any motion for sentence reduction filed pursuant to U.S.S.G 782 Amendment,

I hereby order the Clerk of the Court to reassign this case, by random lot, to another Judge in the District of Arizona. I am informed by the Clerk of the Court that Judge Susan R. Bolton has been drawn, accordingly,

**IT IS HEREBY ORDERED** that this matter is reassigned to the Honorable Susan R. Bolton, United States District Judge. All further pleadings and papers submitted for filing shall bear the following complete case number: CR 09-1381-PHX-SRB.

DATED this 5th day of January, 2015.

James A. Teilborg
Senior United States District Judge